BEFORE THE FIRST DIVISION, JUNE 24, 1953

**No. 57408.**—M. Adler's Son, Inc., and Daniel F. Young, Inc., et al. *v.* United States, protests 188238–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.